[No. 522.   August 5, 1892.]

## TERRITORY OF NEW MEXICO, APPELLEE, v. JOHN A. MURRAY, APPELLANT.

THE FACTS of this case are substantially the same as those in Territory v. Davis, page 452, ante, and this case was affirmed for the same reasons stated in that case.

APPEAL, from a judgment of conviction of defendant, from the Third Judicial District Court, Grant County.

BELL & WRIGHT for appellant.

EDWARD L. BARTLETT, solicitor general, for appellee.

LEE, J.—The facts in this case relating to the manner of its appeal and its present status in this court are substantially the same as those in the case of Territory v. Davis (the opinion in which is filed at the same time with this). For the reasons stated in that opinion, and on the state of facts set forth therein, they coinciding exactly with the situation of this cause, we can find no error in the record, and the judgment of the court below must be affirmed.

O'BRIEN, C. J., and FREEMAN, J., concur.